**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **JEROME COAST, JR,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:25-cv-513-TES-CHW** |
| | : | |
| **JOHN DOE,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Pending before the Court is a pleading filed by *pro se* Plaintiff Jerome Coast, Jr., a prisoner currently confined in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, that has been docketed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1).   On January 8, 2026, the Court ordered Plaintiff to (1) either pay the appropriate filing fee or file a complete and proper motion for leave to proceed *in forma pauperis* and (2) recast his Complaint on one of the Court's standard forms.   Plaintiff was given fourteen (14) days to comply, and he was warned that the failure to fully and timely comply with the Court's orders and instructions could result in the dismissal of this case. *See generally* ECF No. 3.

The time for compliance has now expired.   Although Plaintiff has not complied with the January 8, 2026 Order, he did file a notice indicating he is no longer incarcerated in the Georgia Diagnostic and Classification Prison and has been moved to the Augusta State Medical Prison (ECF No. 4).   Because it is not clear whether Plaintiff received the January

8, 2026 Order, the Clerk is **DIRECTED** to mail Plaintiff another copy of that order (ECF No. 3) and the appropriate accompanying forms. Plaintiff shall have an additional **FOURTEEN (14) DAYS** from the date of this Order to comply with the January 8, 2026 Order. **Failure to fully and timely comply with this Order will likely result in the dismissal of this case.** Plaintiff is also reminded of his obligation to notify the Court immediately and in writing of any additional change in his mailing address. There shall be no service of process until further order of the Court.

SO ORDERED, this 24th day of February, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

2