IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEROME COAST, JR,                                 *

           Plaintiff,             *

v.                                     Case No.  5:25-cv-00513-TES-CHW

JOHN DOE,                            *

                                   *

          Defendant.          *
_____

**J U D G M E N T**

Pursuant to this Court's Order dated 7/8/2026, having accepted the recommendation of the United

States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of July, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk