IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JEROME COAST, JR,                              *

           Plaintiff,                    *

v.                                               Case No.  5:25-cv-00513-TES-CHW

                                 *

JOHN DOE,

                                 *

           Defendant.

                                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated 7/22/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of July, 2026.

           David W. Bunt, Clerk


           s/ Raven K. Alston, Deputy Clerk